[No. 11075–0–II.   Division Two.   September 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE WILLIE LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 44630, William L. Brown, Jr., J., entered June 3, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 12232–4–II.   Division Two.   September 22, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. LETISHA HOLDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00210–7, Don L. McCulloch, J., entered August 18, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Reed, J.

[No. 12225–1–II.   Division Two.   September 22, 1989.]

LYLE HAY, *Appellant,* v. SHARRON WANNAMAKER, ET AL, *Respondents.*

Appeal from judgments of the Superior Court for Clark County, Nos. 86–2–03498–0, 87–2–01120–1, James D. Ladley, J., entered August 22, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.